AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:53 am, Jun 27, 2019
**JEFFREY P. COLWELL, CLERK**

United States of America
v.

ALEC GIBSON

_____
*Defendant*

)
)
)
)
)
)
)

Case No. CR19-4040 LTS-KEM

COLORADO CASE # 19-mj-00150-SKC

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ALEC GIBSON                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

receipt of child pornography and possession of child pornography in violation of 18 USC 2252(a)(2), 2252(b)(1), 2252A(a)(5)(B) and 2252A(b)(2)

Date: 6/18/2019

City and state:     Sioux City, Iowa

_____
*Issuing officer's signature*

Kelly K.E. Mahoney, U.S. Chief Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ <br> *Arresting officer's signature* |
|          _____ <br> *Printed name and title* |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:05 am, Jun 27, 2019*
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

COLORADO CASE # 19-mj-00150-SKC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 19- 4040 LTS-KEM |
| | ) |
| Plaintiff, | ) **INDICTMENT** |
| | ) |
| vs. | ) Count 1 |
| | ) 18 U.S.C. §§ 2252(a)(2) and |
| ALEC GIBSON, | ) 2252(b)(1):   Receipt of Child |
| | ) Pornography |
| Defendant. | ) |
| | ) Counts 2-3 |
| | ) 18 U.S.C. §§ 2252A(a)(5)(B) and |
| | ) 2252A(b)(2):   Possession of Child |
| | ) Pornography |

The Grand Jury charges:

## Count 1
### Receipt of Child Pornography

Between in or about October 2016 and April 27, 2017, in the Northern
District of Iowa and elsewhere, the defendant, ALEC GIBSON, knowingly received
and attempted to receive visual depictions of minors engaged in sexually explicit
conduct, using a means and facility of interstate and foreign commerce, and said
visual depictions having been transported in and affecting interstate and foreign
commerce.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and
2252(b)(1).

1

### Count 2
### Possession of Child Pornography

Between in or about October 2016 and August 24, 2017, in the Northern District of Iowa and elsewhere, the defendant, ALEC GIBSON, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a Western Digital Hard Drive (from a Gateway Tower Computer), that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### Count 3
### Possession of Child Pornography

Between in or about March 2016 and April 2017, in the Northern District of Iowa and elsewhere, the defendant, ALEC GIBSON, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, namely, the Internet and Google Drive.

2

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

S/

6-18-19

Grand Jury Foreperson                   Date

PETER E. DEEGAN, JR.
United States Attorney

By: _Mikala Steenholdt_

MIKALA M. STEENHOLDT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

JUN 1 8 2019

And filed _____
ROBERT L. PHELPS, CLERK

3